UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROCHELLE L. GILLIAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF WEST SACRAMENTO, SERGIO ALVAREZ, DAN DRUMMOND, and DOES 1 through 25,<br><br>　　　　Defendants. | CIV. NO. 2:13-2276 WBS AC |
| REBECCA WILSON (by and through Heatherlyn Bevard as Guardian ad Litem),<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF WEST SACRAMENTO; SERGIO ALVAREZ; West Sacramento Police Department Chief DAN DRUMMOND and DOES 1 through 30, inclusive<br><br>　　　　Defendants. | CIV. NO. 2:13-2550 KJM EFB |

----oo0oo----

1

1   Examination of the above-entitled actions reveals that
2 these actions are related within the meaning of Local Rule
3 123(a) because the actions involve the same three defendants and
4 similar claims.  Accordingly, the assignment of the matters to
5 the same judge is likely to effect a substantial saving of
6 judicial effort and is also likely to be convenient for the
7 parties.
8   The parties should be aware that relating the cases
9 under Local Rule 123 merely has the result that both actions are
10 assigned to the same judge; no consolidation of the actions is
11 effected.  Under the regular practice of this court, related
12 cases are generally assigned to the judge to whom the first filed
13 action was assigned.
14   IT IS THEREFORE ORDERED that the actions denominated
15 *Gilliam v. City of West Sacramento*, Civ. No. 2:13-2276 WBS AC,
16 and *Wilson v. City of West Sacramento*, Civ. No. 2:13-2550 KJM
17 EFB, be, and the same hereby are, deemed related and the case
18 denominated *Wilson v. City of West Sacramento*, Civ. No. 2:13-2550
19 KJM EFB, shall be reassigned to the Honorable WILLIAM B. SHUBB
20 and Magistrate Judge Allison Claire.  Any dates currently set in
21 the reassigned case only are hereby VACATED.  Henceforth, the
22 caption on documents filed in the reassigned case shall be shown
23 as *Wilson v. City of West Sacramento*, Civ. No. 2:13-2550 WBS AC.
24   IT IS FURTHER ORDERED that the Clerk of the Court
25 ///
26 ///
27 ///
28 ///

2

1 | make appropriated adjustment in the assignment of civil cases to
2 | compensate for this reassignment.
3 | Dated: January 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE