**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678

Attorney for Plaintiff
REBECCA WILSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WILSON (by and through Heatherlyn Bevard as Guardian ad Litem),<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF WEST SACRAMENTO; SERGIO ALVAREZ; West Sacramento Police Department Chief DAN DRUMMOND;  and DOES  1-30, inclusive,<br><br>    Defendants.<br>_____/ | NO. 2:13-CV-02550-WBS-AC<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM; ~~PROPOSED~~ ORDER**<br><br>[Local Rule 17-202(a)] |

    Petitioner REBECCA WILSON alleges that she is mentally incompetent for the purposes of these legal proceedings.

    REBECCA WILSON has been determined, subsequent to a court-ordered psychiatric evaluation, to be presently legally incompetent in regards to pending criminal proceedings (a copy of the Court's Order of Commitment is attached as Exhibit A).

    Petitioner has no Guardian ad Litem in this matter nor has she previously sought to have a Guardian ad Litem appointed for the purpose of protecting and advancing her interest in these claims.

Heatherlyn Bevard is the mother of Petitioner and is competent to act as the Guardian Ad Litem (a copy of the birth certificate of REBECCA WILSON is attached as Exhibit B).

REBECCA WILSON does not have a husband, father, adult child, grandparents, aunt, uncle, or any other family members who are better situated to be a Guardian ad Litem.

It is requested that any negotiated resolution of this case require the approval of the Court.

WHEREFORE, Petitioner prays that Heatherlyn Bevard be appointed as Guardian Ad Litem for Petitioner in the above-referenced matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 09, 2013           /s/ Stewart Katz
                                   STEWART KATZ
                                   Attorney for Petitioner/Plaintiff

**CONSENT OF NOMINEE**

I, Heatherlyn Bevard, the nominee of Petitioner, consent to act as Guardian Ad Litem for my daughter, the Petitioner in the above action.

DATED: December 09, 2013           /s/ Heatherlyn Bevard
                                   Heatherlyn Bevard

**IT IS SO ORDERED:**

The Court, having considered the petition of REBECCA WILSON for appointment of a Guardian Ad Litem in the above action, and good cause appearing, hereby orders that Heatherlyn Bevard be appointed Guardian Ad Litem for REBECCA WILSON.

Dated: January 14, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE