UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WILSON (by and through Heatherlyn Bevard as Guardian ad Litem),<br><br>Plaintiff,<br><br>v.<br><br>CITY OF WEST SACRAMENTO; SERGIO ALVAREZ; West Sacramento Police Department Chief DAN DRUMMOND and DOES 1 through 30, inclusive,<br><br>Defendants. | No. 2:13-cv-02550 WBS AC PS<br><br>ORDER ON DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES PURSUANT TO LOCAL RULE 251(e) |

Plaintiff has filed a statement of non-opposition (ECF No. 31), to defendants' motion to compel. Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to compel (ECF No. 29) is GRANTED, and the February 11, 2015 hearing on the motion is VACATED;

2. Plaintiff shall provide full and complete responses to Defendant City of West Sacramento's Interrogatories, Set One;

3. Plaintiff shall provide full and complete responses to Defendant City of West Sacramento's Request for Production of Documents, as well as full and complete document production pursuant to Federal Rule of Civil Procedure 34;

////

4. Plaintiff shall provide full and complete responses to Defendant Dan Drummond's Interrogatories, Set One;

5. Plaintiff shall provide full and complete responses to Defendant City of West Sacramento's Interrogatories, Set Two; and

6. Defendants may, if they choose, and no later than 30 days from the date of this order, move pursuant to Fed. R. Civ. P. 37(a)(5) for reasonable attorneys' fees and costs incurred in connection with the motion to compel.

DATED: February 4, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE