UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WILSON (by and through Heatherlyn Bevard as Guardian ad Litem),<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF WEST SACRAMENTO; SERGIO ALVAREZ; West Sacramento Police Department Chief DAN DRUMMOND and DOES 1 through 30, inclusive.<br><br>　　　　　　　　　　Defendants. | Case No.: 2:13-cv-02550 WBS AC PS<br><br>**ORDERTO EXTEND PRETRIAL DEADLINES AND SCHEDULING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY** |

Pursuant to the stipulation of the parties (ECF No. 30), IT IS HEREBY ORDERED the pretrial dates scheduled in this case are continued as follows:

　　Discovery deadline:　　　　　　　March 30, 2015

　　Expert Disclosure:　　　　　　　May 18, 2015

　　Complete Expert Discovery:　　　June 8, 2015

　　Last day to file dispositive motions: June 29, 2015

　　All other dates in the Scheduling Order remain unchanged.  The Court also orders that the parties attend a settlement conference with Magistrate Judge Delaney on April 6, 2015,

1

1  at 9:30 a.m.  Parties are instructed to have a principal with full settlement authority present at the
2  Settlement Conference or to be fully authorized to settle the matter on any terms.  The individual
3  with full authority to settle must also have "unfettered discretion and authority" to change the
4  settlement position of the party, if appropriate.  The purpose behind requiring the attendance of a
5  person with full settlement authority is that the parties' view of the case may be altered during
6  the face to face conference.  An authorization to settle for a limited dollar amount or sum certain
7  can be found not to comply with the requirement of full authority to settle.  The parties are
8  directed to submit their confidential settlement conference statements to the Court using the
9  following email address: ckdorders@caed.uscourts.gov.  Statements are due at least 7 days prior
10 to the Settlement Conference. Upon submission of confidential settlement statements, each party
11 shall file on the docket a "Notice of Submission of Settlement Conference Statement."
12 DATED: February 5, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2