BRUCE A. KILDAY, ESQ., SB No. 066415
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF WEST SACRAMENTO and DAN DRUMMOND

JOHN A. LAVRA, SBN 114533
**LONGYEAR, O'DEA, & LAVRA, LLP**
3620 American River Drive, Suite 230
Sacramento, CA 95825
Telephone: (916) 974-8500

Attorney for Defendant SERGIO ALVAREZ

STEWART KATZ, SBN 127425
**LAW OFFICE OF STEWART KATZ**
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone:  (916) 444-5678

Attorney for Plaintiff REBECCA WILSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WILSON (by and through Heatherlyn Bevard as Guardian ad Litem),<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF WEST SACRAMENTO; SERGIO ALVAREZ; West Sacramento Police Department Chief DAN DRUMMOND and DOES 1 through 30, inclusive.<br><br>Defendants. | Case No.: 2:13-cv-02550 WBS AC<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY** |

---

**-1-**
STIPULATION (AND PROPOSED ORDER) TO CONTINUE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY

1   All parties to this lawsuit, by and through their respective attorneys, stipulate and agree to
2 request that this Court continue the settlement conference that is presently set for April 6, 2015 at
3 9:30 a.m. with Magistrate Carolyn Delaney to May 8, 2015 at 9:30 a.m. with Magistrate
4 Delaney. The parties seek continuance on the grounds that Bruce A. Kilday, Defendants City of
5 West Sacramento and Dan Drummond's lead trial counsel, is unavailable on the scheduled date
6 due to his being out of the country.

7   **IT IS SO STIPULATED.**

 Dated: February 25, 2015                ANGELO, KILDAY & KILDUFF, LLP

                                          */s/ Bruce A. Kilday*
                                         By:_____
                                             BRUCE A. KILDAY
                                             CARRIE A. FREDERICKSON
                                             Attorneys for Defendants CITY OF
                                             WEST SACRAMENTO and DAN
                                             DRUMMOND


 Dated:  February 25, 2015               LONGYEAR, O'DEA & LAVRA, LLP

                                         */s/ John A. Lavra [as authorized on 2/25/15]*
                                         _____
                                         JOHN A. LAVRA
                                         Attorney for Defendant SERGIO ALVAREZ



 Dated: February 25, 2015                LAW OFFICE OF STEWART KATZ

                                         */s/ Stewart Katz [as authorized on 2/25/15]*
                                         _____
                                         STEWART KATZ
                                         Attorney for Plaintiff REBECCA WILSON

## ORDER

Pursuant to stipulation of all parties and good cause appearing, IT IS SO ORDERED.

Dated:  February 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE