BRUCE A. KILDAY, ESQ., SB No. 066415
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
JOHN A. WHITESIDES, ESQ., SB No. 125611
LANCE M. MARTIN, ESQ., SB No. 294457
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF WEST SACRAMENTO and Chief DAN DRUMMOND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WILSON, | Case No.: 2:13-cv-02550-WBS-AC |
| Plaintiff, | **ORDER MOIDFYING SCHEDULING ORDER** |
| vs. | |
| CITY OF WEST SACRAMENTO, ET AL., | |
| Defendants. | |

Pursuant to the stipulation of the parties (ECF No. 38), IT IS HEREBY ORDERED the pretrial and trial dates scheduled in this case are continued as follows:

| | |
|---|---|
| Jury Trial | **August 2, 2016 at 9:00 a.m.** |
| Pretrial Conference | **May 9, 2016 at 2:00 p.m**. |
| Last day to file dispositive motion | February 28, 2016 |
| Completion of Expert Discovery | February 1, 2016 |
| Expert Disclosure | December 15, 2015 |
| Discovery deadline | October 15, 2015 |

Dated:  March 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER MODIFYING SCHEDULING ORDER

91448