BRUCE A. KILDAY, ESQ., SB No. 066415
CARRIE A. FREDERICKSON, ESQ., SB No. 245199
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF WEST SACRAMENTO and DAN DRUMMOND

JOHN A. LAVRA, SBN 114533
**LONGYEAR, O'DEA, & LAVRA, LLP**
3620 American River Drive, Suite 230
Sacramento, CA 95825
Telephone: (916) 974-8500

Attorney for Defendant SERGIO ALVAREZ

STEWART KATZ, SBN 127425
**LAW OFFICE OF STEWART KATZ**
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone:  (916) 444-5678

Attorney for Plaintiff REBECCA WILSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WILSON (by and through Heatherlyn Bevard as Guardian ad Litem),<br><br>                                  Plaintiff,<br><br>            vs.<br><br>CITY OF WEST SACRAMENTO; SERGIO ALVAREZ; West Sacramento Police Department Chief DAN DRUMMOND and DOES 1 through 30, inclusive.<br><br>                                  Defendants. | Case No.: 2:13-cv-02550 WBS AC<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY TO 12 P.M. ON MAY 8, 2015** |

-1-
**STIPULATION (AND PROPOSED ORDER) TO CONTINUE SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DELANEY TO 12 P.M. ON MAY 8, 2015**

All parties to this lawsuit, by and through their respective attorneys, stipulate and agree to request that this Court continue the settlement conference that is presently set for May 8, 2015 at 9:30 a.m. with Magistrate Carolyn Delaney to May 8, 2015 at 12:00 p.m. with Magistrate Delaney. The parties seek continuance on the grounds that Bruce A. Kilday, Defendants City of West Sacramento and Dan Drummond's lead trial counsel, is unavailable at 8:30 a.m. as he must appear at that time in Placer County Superior Court for a pretrial conference in the *Storey v. Roseville* matter (Case No. SCV0032572).

**IT IS SO STIPULATED.**

Dated: April 22, 2015                ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ Bruce A. Kilday*
By:_____
    BRUCE A. KILDAY
    CARRIE A. FREDERICKSON
    Attorneys for Defendants CITY OF
    WEST SACRAMENTO and DAN
    DRUMMOND

Dated:  April 22, 2015                LONGYEAR, O'DEA & LAVRA, LLP

*/s/ John A. Lavra [as authorized on 4/22/15]*
_____
JOHN A. LAVRA
Attorney for Defendant SERGIO ALVAREZ

Dated: April 23, 2015                LAW OFFICE OF STEWART KATZ

*/s/ Stewart Katz [as authorized on 4/23/15]*
_____
STEWART KATZ
Attorney for Plaintiff REBECCA WILSON

1
2
## **ORDER**

3
4
Pursuant to stipulation of all parties and good cause appearing, IT IS SO ORDERED.

5   Dated:  April 27, 2015

6   _____
7   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE