1  **BRUCE A. KILDAY, ESQ., SB No. 066415**
   **ANGELO, KILDAY & KILDUFF, LLP**
2  Attorney at Law
   601 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone: (916) 564-6100
4  Telecopier: (916) 564-6263

5

6  Attorney for Defendants CITY OF WEST SACRAMENTO and Chief DAN DRUMMOND

7
   **JOHN A. LAVRA, SBN 114533**
8  **LONGYEAR, O'DEA, & LAVRA, LLP**
   3620 American River Drive, Suite 230
9  Sacramento, CA 95825
   Telephone: (916) 974-8500
10

11
   Attorney for Defendant SERGIO ALVAREZ
12

13 **STEWART KATZ, SBN 127425**
   **LAW OFFICE OF STEWART KATZ**
14 555 University Avenue, Suite 270
   Sacramento, CA 95825
15 Telephone: (916) 444-5678

16
   Attorney for Plaintiff REBECCA WILSON
17

18                    **UNITED STATES DISTRICT COURT**

19                     **EASTERN DISTRICT OF CALIFORNIA**

20 REBECCA WILSON,
                                              Case No.: 2:13-cv-02550-WBS-AC
21          Plaintiff,

22
        vs.                                   **STIPULATION TO CONTINUE**
23                                            **HEARING DATE; [PROPOSED]**
                                              **ORDER**
24 CITY OF WEST SACRAMENTO, ET AL.,
                                              **Date:  October 16, 2015**
25          Defendants.                       **Time: 9:00 a.m.**
                                              **Courtroom: 26**
26

27
   _____/
28

Stipulation to Continue Hearing Date; [Proposed] Order                            1

COME NOW THE PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request that the Court continue *the in camera* hearing regarding the necessity of the appointment of a *guardian ad litem* for the plaintiff, Rebecca Wilson from the date and time currently set, September 28, 2015 at 9:00 a.m. to October 16, 2015 at 9:00 a.m. in Courtroom 26.

This continuance is being because plaintiff's counsel has been advised by an attorney for the Social Security Administration that records subpoenaed from the Social Security Administration with a production date of September 24, 2015 which may be important for the Court to consider at that hearing are unlikely to be produced before October 8, 2015.

**IT IS SO STIPULATED.**

Dated: September 22, 2015         ANGELO, KILDAY & KILDUFF, LLP

/s/ BRUCE A. KILDAY
Attorney for Defendants CITY OF WEST SACRAMENTO and DAN DRUMMOND

Dated: September 22, 2015         LONGYEAR, O'DEA & LAVRA, LLP

/s/ JOHN A. LAVRA
Attorney for Defendant SERGIO ALVAREZ

Dated: September 22, 2015         LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
Attorney for Plaintiff REBECCA WILSON

1  **IT IS SO ORDERED.**
2
3
4  DATED:  September 23, 2015
   _____
   ALLISON CLAIRE
5  UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28