1  BRUCE A. KILDAY, ESQ., SB No. 066415
    Email: bkilday@akk-law.com
2  CARRIE A. FREDERICKSON, ESQ., SB No. 245199
    Email: cfrederickson@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
7
   Attorneys for Defendants CITY OF WEST SACRAMENTO and Chief DAN DRUMMOND
8

9                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| REBECCA WILSON (by and through Heatherlyn Bevard as Guardian ad Litem), | Case No.: 2:13-cv-02550-WBS-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE;** ~~**PROPOSED**~~ **ORDER** |
| vs. | |
| CITY OF WEST SACRAMENTO; SERGIO ALVAREZ; West Sacramento Police Department Chief DAN DRUMMOND and DOES 1 through 30, inclusive, | |
| Defendants. | |

   The parties, through their respective counsel, hereby stipulate that this matter shall be dismissed in its entirety and with prejudice.  It is further stipulated that each party will bear its own costs, including all attorney's fees.

   Dated: January 27, 2016                    LAW OFFICES OF STEWART KATZ


                                              */s/ Stewart Katz* (as authorized on 1/27/16)
                                          By:_____
                                              STEWART KATZ
                                              Attorney for Plaintiff

---

-1-
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; PROPOSED ORDER

103001

| | |
|---|---|
| Dated: January 28, 2016 | LONGYEAR, O'DEA & LAVRA, LLP |
| | |
| | */s/ John Lavra* (as authorized on 1/28/16) <br> By:_____ <br> JOHN LAVRA <br> Attorneys for Defendant SERGIO ALVAREZ |
| Dated: January 27, 2016 | ANGELO, KILDAY & KILDUFF, LLP |
| | */s/ Bruce A. Kilday* <br> By:_____ <br> BRUCE A. KILDAY <br> CARRIE A. FREDERICKSON <br> Attorneys for Defendants CITY OF WEST SACRAMENTO and CHIEF DAN DRUMMOND |

### ORDER

**IT IS SO ORDERED.**

Dated: January 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE